UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ROBERT EUGENE GILSTRAP, | ) | |
| | ) | |
| Petitioner, | ) | CASE NO.   C07-1300-RSL |
| | ) | (CR02-247-RSL) |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER DENYING MOTION |
| | ) | UNDER 28 U.S.C. § 2255 |
| Respondent. | ) | |
| _____ | ) | |

The Court, having reviewed the motion for relief under 28 U.S.C. § 2255, the Report and Recommendation of Judge Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's motion for relief under 28 U.S.C. § 2255 (Dkt. No. 1) is DENIED.

(4) The Clerk is directed to send copies of this Order to petitioner, to the United States Attorney, and to Judge Benton.

DATED this 5th day of November, 2007.

*[signature: MW S Lasnik]*

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
UNDER 28 U.S.C. § 2255 - 1